IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

FURLIN DUKE JONES                                                                         PLAINTIFF

     v.                              Civil No. 13-2142

SHERIFF RON BROWN; and
NURSE LAURA WALLS                                                                      DEFENDANTS

**ORDER**

Plaintiff has filed a motion to supplement his complaint (Docs. 16 & 18). He asks that a letter from James Alverson be put into the file. He also asks that a letter he wrote regarding news coverage of a "black mold" problem in the jail be added to the case. Plaintiff may not simply file documents in this case that he believes supports his claim. Instead, these documents can be used in connection with a motion such as a summary judgment motion or a response to a summary judgment motion. At that time, Plaintiff may attach the documents as exhibits. The motion to supplement (Docs. 16 & 18) are denied.

Next, Plaintiff asks the Court to reconsider (Doc. 19) an order entered on August 29, 2013, denying him permission to add a claim of interference with legal mail on the part of Ms. Marion. The prior motion was denied on the basis that the Prison Litigation Reform Act requires an inmate to exhaust the grievance procedure prior to filing a lawsuit in federal court. Because of this exhaustion requirement, a claim cannot be added to the case if it deals with claims arising after the complaint was filed.

In the motion to reconsider, Plaintiff points out that he did attach to his original complaint a copy of a grievance he submitted regarding the opening of his legal mail. He is correct. He did have one such grievance attached to the complaint. However, Ms. Marion was not listed as a Defendant and he makes no mention of a claim of interference with legal mail in his complaint. The motion to reconsider (Doc. 19) is denied.

IT IS SO ORDERED this 5th day of November 2013.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)