IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

FURLIN DUKE JONES                                                                                          PLAINTIFF

v.                                       Case No. 2:13-CV-02142

SHERIFF RON BROWN; and
NURSE LAURIE WALLS                                                                                    DEFENDANTS

**O R D E R**

    Currently before the Court are the proposed findings and recommendations (Doc. 35) of the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. The time for filing objections has passed, and no objections have been filed by any party.

    The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Defendants' motions for summary judgment (Docs. 21 and 24) are GRANTED and Plaintiff's claims are DISMISSED WITH PREJUDICE.

    Judgment will be entered accordingly.

    IT IS SO ORDERED this 2nd day of September, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE