IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

FURLIN DUKE JONES                                                                                        PLAINTIFF

v.                                    Case No. 2:13-CV-02142

SHERIFF RON BROWN; and
NURSE LAURIE WALLS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE .

IT IS SO ADJUDGED this 2nd day of September, 2014.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE